IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY S. RECLA,

                    Plaintiff,                    ORDER

    v.

FEDERAL BUREAU OF PRISONS,                  09-cv-101-bbc
MR. MARTINEZ, MS. HOLINKA,
MR. ROBINSON, DR. REED, DR.
STEWART F. TAYLOR, JR., MR.
TORRES and MR. CARR,

                  Defendants.

      The court is returning plaintiff's motion for an extension of time and taking no action on it because plaintiff did not sign it. If plaintiff wishes to have the court consider this motion, he must sign it and return it.

      Entered this 4th day of May, 2009.

                                  BY THE COURT:

                                  /s/

                                  STEPHEN L. CROCKER
                                  Magistrate Judge