IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY S. RECLA,

    Plaintiff,

v.

MR. MARTINEZ, MS. HOLINKA,
MR. ROBINSON, FEDERAL BUREAU OF
PRISONS, DR. REED, DR. STEWART,
F. TAYLOR JR., MR. TORRES and
MR. CARR,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-101-bbc

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____       6/28/10
Peter Oppeneer, Clerk of Court      Date